# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

Marilyn Kelly,
Chief Justice

137743

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

TONI LANETT JAMISON,
        Plaintiff-Appellee,

v

SC: 137743
COA: 285061
Muskegon CC: 76-001227-DP

ANTHONY CRAIG WILLIAMS,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 8, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009

_____
Clerk

s0217